IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
(Ft. Lauderdale Division)

Case No. 00-6937-CIV-FERGUSON
Magistrate Judge Snow



LAW OFFICES OF DAVID J.
STERN, P.A. and DAVID J.
STERN, individually,

        Plaintiffs,

vs.

LEGION INSURANCE COMPANY,

        Defendant.

_____/

LEGION INSURANCE COMPANY,

        Counterclaimant,

vs.

LAW OFFICES OF DAVID J. STERN, P.A.,
DAVID J. STERN, individually, and
PROFESSIONAL TITLE AND ABSTRACT
COMPANY OF FLORIDA, INC.,

        Counter-Defendants.

_____/

## ORDER

The Defendant Legion Insurance Company's Motion to Join Professional Title and

Abstract Company of Florida, Inc. as a Party dated November 20, 2000  having been made and the

Court being advised that the parties are in agreement,

**IT IS HEREWITH ORDERED AND ADJUDGED** that Defendant's motion is

GRANTED and Professional Title and Abstract Company of Florida, Inc. is joined as a party to this

action.

ENTERED this _____ day of January, 2001.

( nou-for 1/24/61 )

UNITED STATES DISTRICT JUDGE

cc:     Ricardo A. Reyes. Esquire, Tobin & Reyes. P.A., 7251 West Palmetto Park Road, Suite 205,
        Boca Raton. FL 33433

        Lee M. Epstein, Esquire, Fried & Epstein, LLP. Constitution Place, 325 Chestnut Street,
        Suite 900, Philadelphia, PA 19106

        Andrew Seiden, Esquire and Joel B. Rothman, Esquire, Seiden, Alder, Rothman, Petosa &
        Matthewman, P.A., 2300 Glades Road, West Tower, Suite 340, Boca Raton, FL 33431

W:\162 074-P\Order on Defs' Motion to Join Abstract as a Party (nls).wpd

2