

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Ft. Lauderdale Division)



CASE NO. 00-6937-CIV-FERGUSON/SNOW

LAW OFFICES OF DAVID J.
STERN, P.A. and DAVID J.
STERN, individually,

Plaintiffs,

vs.

LEGION INSURANCE COMPANY,

Defendant.

_____/



It is ORDERED that this Motion is hereby

DISMISSED AS MOOT.

WILKIE D. FERGUSON, JR.

08/15/01
DATE

## PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIM
## AND SUPPORTING MEMORANDUM OF LAW

Plaintiffs, the Law Offices of David J. Stern, P.A. and David J. Stern (jointly, the "Plaintiffs"), by their undersigned attorneys, hereby move the Court, pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure and Local Rule 7.2, for dismissal of various claims contained in the Counterclaim of Defendant, Legion Insurance Company ("Legion").

1.     By their motion, Plaintiffs seek dismissal of (1) those portions of Counts II through V of the Counterclaim by which Legion seeks recoupment of any and all funds expended in the defense of the Plaintiffs; and (2) Count VI of the Counterclaim, by which Legion seeks rescission of one of the insurance policies it sold to Plaintiffs.

2.     The reasons for and authorities in support of Plaintiffs' motion are set forth in the memorandum of law below.

3.     As discussed in that memorandum, Legion's attempt to recoup the costs it expended to defend the Plaintiffs against certain potentially covered claims is not legally cognizable.



1